

**ORDERED in the Southern District of Florida on April 15, 2021.**

                                                **Robert A. Mark, Judge**
                                                **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**

**In re:**                                               **Case No. 17-18060-RAM**
                                                         **Chapter 13**

**Jose Arnaldo Taboada**
**Migdalia Vargas**
                   **Debtors   /**

**ORDER GRANTING MOTION**
**TO ALLOW SALE OF HOMESTEAD PROPERTY**

THIS CAUSE came before the Court on April 13, 2021 upon Debtor's Motion to Allow Sale of Homestead Property [DE#80], and based on the record, it is:

**ORDERED AND ADJUDGED**:

1. That the debtor's Motion to Allow Sale of Homestead Property is GRANTED.
2. Debtor is hereby authorized to sell the property located at 239 E. 38th Street, Hialeah, Florida 33013.
3. The sale of the homestead property shall be subject to secured creditor's approval.

###

Submitted By:
**LAW OFFICES OF PATRICK L CORDERO, PA**
Attorney for Debtor(s)
7333 Coral Way
Miami, FL 33155
(305) 445-4855

Attorney **Patrick L. Cordero** is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.